NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

RUDY FRANCO, *Petitioner.*

No. 1 CA-CR 21-0047 PRPC
FILED 8-26-2021

Petition for Review from the Superior Court in Maricopa County
No. CR2004-041417-001
The Honorable Sherry K. Stephens, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Rudy Franco, Kingman
*Petitioner*

---

## MEMORANDUM DECISION

Acting Presiding Judge Brian Y. Furuya, Judge Michael J. Brown, and Judge Cynthia J. Bailey delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Rudy Franco seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's fourth petition.

**¶2**        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA

2